Register Agent

FILED
JUN 2 5 2026
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

Neal Lawrence Walters Individual
Scott Kroner, PLC — Company
418 E. Water St.
Chartottesville, VA   22902.

Registered Agent

Derrick E Rosser, INDIVIDUAL
Derrick E. Rosser, PC — company
211-A England St
Ashland, VA 23005



FILED
JUN 2 5 2026
CLERK, U.S. DISTRICT COURT
RICHMOND, VA