AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| | |
|---|---|
| EVELYN ROSELLE BENTON | ) |
| *Plaintiff* | ) |
| v. | ) |
| | ) Civil Action No.        3:26cv568 |
| DERRICK E. ROSSER, PC, et al. | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: (Defendant's name and address)

Derrick E. Rosser, PC
serve: Derrick E. Rosser
211-A England St
Ashland, VA 23005

  A lawsuit has been filed against you.

  Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

  Evelyn Roselle Benton
  1817 Pump Rd
  Henrico, VA 23238

  If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

**FILE COPY**

Date:        6/25/2026

              *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Eastern District of Virginia

| | | |
|---|---|---|
| EVELYN ROSELLE BENTON | ) | |
| _Plaintiff_ | ) ) | |
| v. | ) ) | Civil Action No.    3:26cv568 |
| DERRICK E. ROSSER, PC, et al. | ) ) | |
| _Defendant_ | ) ) | |

**SUMMONS IN A CIVIL ACTION**

To: (Defendant's name and address)

Derrick E. Rosser
211-A England St
Ashland, VA 23005

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Evelyn Roselle Benton
1817 Pump Rd
Henrico, VA 23238

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date:        6/25/2026

FILE COPY

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | | |
|---|---|---|
| EVELYN ROSELLE BENTON | ) | |
| _Plaintiff_ | ) | |
| v. | ) | Civil Action No.     3:26cv568 |
| | ) | |
| DERRICK E. ROSSER, PC, et al. | ) | |
| _Defendant_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: (Defendant's name and address)

Neal Lawrence Walters, Esq.
418 E. Water St
Charlottesville, VA 22902

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Evelyn Roselle Benton
1817 Pump Rd
Henrico, VA 23238

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

FILE COPY

Date:         6/25/2026

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

EVELYN ROSELLE BENTON

*Plaintiff*

v.

DERRICK E. ROSSER, PC, et al.

*Defendant*

)
)
)
)
)
)
)

Civil Action No.        3:26cv568

## SUMMONS IN A CIVIL ACTION

To: (Defendant's name and address)

Scott Kroner PLC
serve: Neal Lawrence Walters
418 E. Water Street
Charlottesville, Virginia 22902

        A lawsuit has been filed against you.

        Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Evelyn Roselle Benton
        1817 Pump Rd
        Henrico, VA 23238

        If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:        6/25/2026

FILE COPY

*Signature of Clerk or Deputy Clerk*