**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | |
|---|---|
| EVELYN ROSELLE BENTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No. 3:26-cv-00568 |
| DERRICK E. ROSSER, P.C., | ) |
| | ) |
| DERRICK E. ROSSER, | ) |
| | ) |
| SCOTT KRONER PLC, | ) |
| | ) |
| and | ) |
| | ) |
| NEAL LAWRENCE WALTERS, | ) |
| | ) |
| Defendants. | ) |

## ROSSER DEFENDANTS' 12(b)(6) MOTION TO DISMISS AMENDED COMPLAINT

Defendants Derrick E. Rosser, P.C. and Derrick E. Rosser (collectively, the "Rosser Defendants"), by counsel and pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, respectfully move this Court to dismiss with prejudice the Amended Complaint, Doc. 3, filed against them by Plaintiff Evelyn Rosselle Benton. The Rosser Defendants are submitting contemporaneously herewith the Rosser Defendants' Memorandum in Support of 12(b)(6) Motion to Dismiss Amended Complaint, which sets forth the grounds for the relief requested.

Dated:  July 13, 2026

Respectfully submitted,

**DERRICK E. ROSSER, P.C.,**

**AND**

**DERRICK E. ROSSER,**

By Counsel

1

/s/    Brian P. Clarke
Jeffrey H. Geiger (VSB No. 40163)
Brian P. Clarke (VSB No. 96920)
SANDS ANDERSON PC
919 East Main Street, Suite 2300 (23219)
P. O. Box 1998
Richmond, Virginia  23218-1998
Telephone:  (804) 648-1636
Facsimile:  (804) 783-7291
E-mail:  jgeiger@sandsanderson.com
*Counsel for Rosser Defendants*

## CERTIFICATE OF SERVICE

I certify that on this 13th day of July, 2026, I will electronically file the foregoing using the Court's CM/ECF system, and I will mail a copy to the following non-CM/ECF user:

Evelyn Roselle Benton
1817 Pump Road
Henrico, VA 23238
Plaintiff *pro se*

/s/    Brian P. Clarke
Jeffrey H. Geiger (VSB No. 40163)
Brian P. Clarke (VSB No. 96920)
SANDS ANDERSON PC
919 East Main Street, Suite 2300 (23219)
P. O. Box 1998
Richmond, Virginia  23218-1998
Telephone:  (804) 648-1636
Facsimile:  (804) 783-7291
E-mail:  jgeiger@sandsanderson.com
*Counsel for Defendants*

2