**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | |
|---|---|
| EVELYN ROSELLE BENTON,                )<br>                                                       )<br>                   Plaintiff,              )<br>                                                       )<br>v.                                                    )<br>                                                       )     Case No. 3:26-cv-00568<br>DERRICK E. ROSSER, P.C.,              )<br>                                                       )<br>DERRICK E. ROSSER,                      )<br>                                                       )<br>SCOTT KRONER PLC,                       )<br>                                                       )<br>and                                                  )<br>                                                       )<br>NEAL LAWRENCE WALTERS,            )<br>                                                       )<br>                   Defendants.            ) | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE of the appearance of Jeffrey H. Geiger (VSB No. 40163) of Sands Anderson PC as counsel for Defendants Derrick E. Rosser, P.C. and Derrick E. Rosser in the above-styled matter.

In furtherance of this request, the Clerk of the Court will please direct Notices of Electronic Filing (NEF) for the above-named matter to the email address: jgeiger@sandsanderson.com.

Dated:  July 14, 2026                         Respectfully submitted,

**DERRICK E. ROSSER, P.C.,**

**AND**

**DERRICK E. ROSSER,**

By Counsel

/s/    Jeffrey H. Geiger
Jeffrey H. Geiger (VSB No. 40163)
Brian P. Clarke (VSB No. 96920)
SANDS ANDERSON PC
919 East Main Street, Suite 2300 (23219)
P. O. Box 1998
Richmond, Virginia  23218-1998
Telephone:  (804) 648-1636
Facsimile:  (804) 783-7291
E-mail:  jgeiger@sandsanderson.com
*Counsel for Rosser Defendants*


## CERTIFICATE OF SERVICE

I certify that on this 14th day of July, 2026, I will electronically file the foregoing using the Court's CM/ECF system, and I will mail a copy to the following non-CM/ECF user:

> Evelyn Roselle Benton
> 1817 Pump Road
> Henrico, VA 23238
> Plaintiff *pro se*



/s/    Jeffrey H. Geiger
Jeffrey H. Geiger (VSB No. 40163)
Brian P. Clarke (VSB No. 96920)
SANDS ANDERSON PC
919 East Main Street, Suite 2300 (23219)
P. O. Box 1998
Richmond, Virginia  23218-1998
Telephone:  (804) 648-1636
Facsimile:  (804) 783-7291
E-mail:  jgeiger@sandsanderson.com
*Counsel for Defendants*