AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

FILED
JUL 2 0 2026
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

|  |  |  |
|---|---|---|
| EVELYN ROSELLE BENTON | ) | |
| _Plaintiff_ | ) | |
| v. | ) | Civil Action No.    3:26cv568 |
| | ) | |
| DERRICK E. ROSSER, PC, et al. | ) | |
| _Defendant_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: (Defendant's name and address)

Derrick E. Rosser
211-A England St
Ashland, VA 23005

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Evelyn Roselle Benton
1817 Pump Rd
Henrico, VA 23238

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

_Elizabeth Watson_

Date:    6/25/2026

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.      3:26cv568

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  DERRICK E ROSSER – AGENT

was received by me on *(date)*  JUNE 25, 2026

☑ I personally served the summons on the individual at *(place)*  211-A ENGLIND ST,
ASHLAND. VA. 23005                                     on *(date)*  JUNE 25. 2026 ; or 3:43 PM

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: June 25. 2026

_____
Server's signature

Lori WONG PRIVATE Process Server
Printed name and title

703-675-0551
25 Pine View Dr Fredericksburg. VA. 22406
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Virginia

FILED
JUL 2 0 2026
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

| | |
|---|---|
| EVELYN ROSELLE BENTON )<br>*Plaintiff* )<br>v. )<br>DERRICK E. ROSSER, PC, et al. )<br>*Defendant* ) | Civil Action No.    3:26cv568 |

## SUMMONS IN A CIVIL ACTION

To: (Defendant's name and address)

Derrick E. Rosser, PC
serve: Derrick E. Rosser
211-A England St
Ashland, VA 23005

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Evelyn Roselle Benton
1817 Pump Rd
Henrico, VA 23238

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

*Elizabeth Watson*

Date:        6/25/2026

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.     3:26cv568

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  DERRICK E. ROSSER

was received by me on *(date)*  JUNE 25. 2026  .

☑ I personally served the summons on the individual at *(place)*  211-A ENGLAND ST.
ASHLAND, VA. 23005              on *(date)*  JUNE 25:. 26  ; @ 3:43 PM

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

_____

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: June 25. 2026 _____

_____
Server's signature

LORI WONG    PRIVATE Process Server
Printed name and title

25 PINE View DR.              703-675055,
FREDERICKSBURG. VA 22406
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

### Eastern District of Virginia

|  |  |
|---|---|
| EVELYN ROSELLE BENTON | ) |
| *Plaintiff* | ) |
| v. | )     Civil Action No.     3:26cv568 |
|  | ) |
| DERRICK E. ROSSER, PC, et al. | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: (Defendant's name and address)

Neal Lawrence Walters, Esq.
418 E. Water St
Charlottesville, VA 22902

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Evelyn Roselle Benton
1817 Pump Rd
Henrico, VA 23238

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:     6/25/2026

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.    3:26cv568

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* NEAL LAWRENCE Wolter, ESq.
was received by me on *(date)* June 25, 2026 .

☑ I personally served the summons on the individual at *(place)* 418 E. Water Street
CHARlottesville, VA. 22902 on *(date)* July 14, 2026; or 12:20 PM

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____
_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: July 14. 2026

Lori Wong
*Server's signature*

Lori Wong  Private Process Sner
*Printed name and title*

25 Pine View Dr.
Fredericksburg. VA. 22406
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09)  Summons in a Civil Action



# UNITED STATES DISTRICT COURT
### for the
Eastern District of Virginia

| | |
|---|---|
| EVELYN ROSELLE BENTON | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No.    3:26cv568 |
| | ) |
| DERRICK E. ROSSER, PC, et al. | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Scott Kroner PLC
serve: Neal Lawrence Walters
418 E. Water Street
Charlottesville, Virginia 22902

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Evelyn Roselle Benton
1817 Pump Rd
Henrico, VA 23238

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:    6/25/2026

*Elizabeth Watson*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.    3:26cv568

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Neal Lawrence Walters,

was received by me on *(date)* June 25, 2026 .

☑ I personally served the summons on the individual at *(place)* 418 E Water St.
Charlottesville, VA.                                    on *(date)* July 14, 2026 ; or @ 12:20PM

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*
_____
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: July 14. 2026

_Lori Wong_
Server's signature

Lori Wong    Private Process Server
Printed name and title

25 Pine View Dr.
Fredericksburg. VA 22406
Server's address

Additional information regarding attempted service, etc: